

# Memorandum

To: The Honorable Douglas P. Woodlock, Senior U.S. District Judge

From: April Nichols, U.S. Probation Officer Assistant

Date: August 7, 2024

Re: **GALATIS, Michael**
**Dkt.#: 13-CR-10266-DPW-1**
**<u>Terminate Supervision with Outstanding Restitution Balance</u>**

---

On February 26, 2015, the above-captioned defendant appeared before Your Honor for sentencing upon pleading guilty to Conspiracy to Commit Health Care Fraud, in violation of 18 U.S.C. § 1349, Health Care Fraud, in violation of 18 U.S.C. § 1347, and Money Laundering, in violation of 18 U.S.C. § 1957. Mr. Galatis was sentenced to 92 months in custody, to be followed by 36 months of supervised release. Mr. Galatis was ordered to pay an $1,800.00 special assessment, a $50,000 fine, and restitution jointly and severally in the amount of $7,000,000.00.

Mr. Galatis commenced supervised release on November 19, 2021. He is presently scheduled to terminate from supervised release on November 18, 2024. While under supervision, the defendant has paid $751,427.34 towards his restitution leaving an outstanding balance of $6,248,572.66.

At this time, the Probation Office recommends that Mr. Galatis' term of supervised release terminate on schedule, despite that much of the restitution remains outstanding. Unless Your Honor has any objection to the recommendation for scheduled termination, the U.S. Probation Office will terminate his term of supervision as scheduled and notify the Financial Litigation Unit of the expiration so they may proceed to continue to collect restitution as they so deem appropriate.

If Your Honor concurs with this recommendation, please indicate below.

*/s/Christopher Foster*
Christopher Foster
Supervisory U.S. Probation Officer

__X__ The defendant may terminate from supervision with outstanding restitution.

_____ The defendant may NOT terminate from supervision with outstanding restitution.

_____          ___8/7/24___
Honorable Douglas P. Woodlock                Date
Senior U.S. District Judge

● Page 2